# Exhibit A



## State of Tennessee

### PUBLIC CHAPTER NO. 424

#### SENATE BILL NO. 392

By Taylor, Johnson, White, Rose, Harshbarger, Lowe, Seal, Southerland, Hatcher, Bailey, Bowling, Hensley, Jackson, Stevens, Walley, Watson

Substituted for: House Bill No. 322

By Todd, Lamberth, Leatherwood, Keisling, Doggett, Russell, Atchley, Gant, Hill, Carringer, Brock Martin, Hulsey, Sherrell, Reneau, Stinnett, Moon, McCalmon, Alexander, Powers, Reedy, Zachary, Capley, Burkhart, Maberry, Barrett, Davis, Butler, Bricken, Terry, Fritts, Cepicky

AN ACT to amend Tennessee Code Annotated, Title 39, relative to criminal offenses.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1. Tennessee Code Annotated, Section 39-13-311, is amended by deleting "§§ 39-13-308 and 39-13-309" and substituting "§§ 39-13-308, 39-13-309, and 39-17-118".

SECTION 2. Tennessee Code Annotated, Section 39-13-314(a)(1), is amended by deleting the subdivision and substituting:

(1) "Human trafficking offense" means the commission of any act that constitutes the criminal offense of:

(A) Involuntary labor servitude, under § 39-13-307;

(B) Trafficking persons for forced labor or services, under § 39-13-308;

(C) Trafficking for commercial sex act, under § 39-13-309;

(D) Patronizing prostitution, under § 39-13-514(b)(3)(A);

(E) Promoting prostitution, under § 39-13-515(c); or

(F) Promoting the prostitution of a minor, under § 39-13-512; and

SECTION 3. Tennessee Code Annotated, Section 39-13-314(a), is amended by adding the following as a new subdivision:

( ) "Organization" means any of the following, whether foreign or domestic:

(A) Limited liability companies;

(B) Corporations;

(C) Not-for-profit corporations;

(D) Profit and not-for-profit unincorporated associations;

(E) Business trusts;

(F) Estates;

(G) General partnerships;

(H) Limited partnerships;

(I) Registered or unregistered limited liability partnerships;

(J) Trusts; or

(K) Joint ventures;

SECTION 4. Tennessee Code Annotated, Section 39-13-314, is amended by adding the following as a new subsection:

(g) In addition to any other remedy, if the attorney general and reporter has reason to believe that any person or organization is committing, has committed, or is about to commit a human trafficking offense or aggravated human trafficking, then the attorney general and reporter may bring an action in the appropriate state court against the person or organization to:

(1) Restrain the person's or organization's actions by temporary restraining order or temporary or permanent injunction;

(2) Cancel, revoke, or terminate any certificate of formation, certificate of incorporation, articles of organization, trust instrument, certificate of authority to transact business, license, permit, approval, charter, or registration to transact business of the person or organization;

(3) Appoint a receiver for the organization; or

(4) Involuntarily dissolve the organization.

SECTION 5. Tennessee Code Annotated, Title 39, Chapter 17, Part 1, is amended by adding the following as a new section:

**39-17-118.**

(a) A person commits the offense of human smuggling who, for the purpose of commercial advantage or private financial gain:

(1) Knowingly transports an individual with intent to conceal the individual from a law enforcement officer or a federal immigration officer, while knowing the individual has illegally entered or remained in the United States, as determined by the bureau of immigration and customs enforcement of the United States department of homeland security; or

(2) Intentionally conceals, harbors, or shields from detection, or intentionally encourages or induces another to conceal, harbor, or shield from detection, an individual that the person knows has illegally entered or remained in the United States, as determined by the bureau of immigration and customs enforcement of the United States department of homeland security.

(b) Human smuggling is a Class E felony.

(c)(1) A person commits aggravated human smuggling who commits the offense of human smuggling as prohibited by subsection (a), and the victim of the offense was less than thirteen (13) years of age at any time during the person's course of conduct.

(2) Aggravated human smuggling is a Class A felony.

(d) As used in this section, "harbor" means to provide shelter to or conceal the whereabouts of an individual whom the person knows has illegally entered or remained in the United States, as determined by the bureau of immigration and customs enforcement of the United States department of homeland security.

(e) It is not a violation of subsection (a) for:

(1) An attorney licensed and admitted to the practice of law in this state pursuant to title 23, chapter 1, to provide bona fide legal advice to an individual; or

(2) A person to provide healthcare services or assistance to an individual presenting at a healthcare facility licensed under title 68 or title 33, or the office or other practice site of a healthcare provider licensed, registered, certified, or otherwise permitted to deliver healthcare services under title 63 or title 68, chapter 24.

SECTION 6. This act takes effect July 1, 2025, the public welfare requiring it, and applies to offenses committed on or after that date.

SENATE BILL NO. 392

PASSED: April 22, 2025

*[signature]*
RANDY McNALLY
*SPEAKER OF THE SENATE*

*[signature]*

CAMERON SEXTON, *SPEAKER*
*HOUSE OF REPRESENTATIVES*

APPROVED this 9th day of May 2025

*[signature]*
BILL LEE, *GOVERNOR*