IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

SOUTHEASTERN SYNOD OF THE
EVANGELICAL LUTHERAN CHURCH
IN AMERICA *et al.*,

    *Plaintiffs*,

v.

STEVEN R. FINNEY *et al.*,

    *Defendants*.

Case No.: 3:25-cv-00684

## DECLARATION OF SARA J. ADELI

I, Sara J. Adeli, declare and state as follows:

1. I am over 18 years of age, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein. I am not a party to this lawsuit.

2. My business address is 600 New Jersey Ave., NW, Washington DC, 20001.

3. On June 23, 2025, I caused copies of the Summonses, Complaint with Exhibits, and Case Management Order in the above-captioned case to be served upon all defendants via Certified U.S. Mail, postage prepaid, addressed as follows:

    Office of the Attorney General and Reporter
    P.O. Box 20207
    Nashville, TN 37202-0207

4. Pursuant to Tenn. R. Civ. P. 4.04(6) & (10), all defendants may be served through the Attorney General.

5. According to online tracking from the U.S. Postal Service (Tracking No. 70223330000098164943), attached hereto, the Summonses, Complaint with Exhibits, and Case Management Order were delivered to the Office of the Tennessee Attorney General on June 27, 2025.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2025

Respectfully submitted,

*Sara J. Adeli*
Sara J. Adeli