> ORDER: The motion (Doc. No. 40) is GRANTED.
>
> /s/ William L. Campbell Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SOUTHEASTERN SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>STEVEN R. FINNEY *et al.*, )<br><br>Defendants. ) | No. 3:25-cv-684<br><br>Judge Campbell<br>Magistrate Judge Holmes |

### JOINT MOTION TO EXTEND DEADLINES AND PAGE LIMITS

The Parties jointly submit this request to extend the deadlines for briefing on Defendants' response to the Complaint and to extend the page limitations for this briefing. Fed. R. Civ. P. 6(b); Local Rule 7.01. Good cause exists to grant this motion.

The Court previously granted an extension until August 22, 2025, for Defendants to respond to the Complaint. Dkt. 24. However, on August 12, 2025, the Court set a hearing on Plaintiffs' motion for preliminary injunction for September 10, 2025. Dkt. 39. The Parties believe that postponing briefing on the motion to dismiss is appropriate to allow counsel adequate time to prepare for the September 10 preliminary-injunction hearing and so that the briefing can respond to any issues that arise at the hearing.

The Parties request that Defendants' deadline to respond to the Complaint be extended to September 26, 2025. And, due to the likely complexity of this filing and several other pressing matters on the schedule of Plaintiffs' counsel, the Parties ask that Plaintiffs' deadline to respond to

1

Defendants' motion to dismiss be extended to November 7, 2025. The Parties also request that Defendants' deadline to file a reply be extended to November 21, 2025.

Because of the large number of Defendants and the complex jurisdictional and constitutional issues this lawsuit presents, the Parties also request extensions of the standard page limits to adequately address all relevant arguments. Thus, the Parties ask that Defendants be allowed to file a memorandum of law that is 35 pages long, that Plaintiffs be allowed a response that is 35 pages long, and that Defendants be allowed a reply that is 10 pages long.

For these reasons, the Parties request that the Court grant this motion.

Respectfully submitted,

*/s/ Michael C. Holley (with permission by Miranda Jones on 8/15/2025)*
Michael C. Holley
Spring Miller
TENNESSEE IMMIGRANT & REFUGEE RIGHTS COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
mike@tnimmigrant.org
spring@tnimmigrant.org
Rupa Bhattacharyya*
Gregory Briker*
Elizabeth R. Cruikshank*
William Powell*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Phone: (202) 661-6629
Fax: (202) 661-6730
rb1796@georgetown.edu
gb954@georgetown.edu
erc56@georgetown.edu
whp25@georgetown.edu
Michelle Lapointe*
Suchita Mathur*
Chris Opila*

AMERICAN IMMIGRATION COUNCIL
PMB2026
2001 L Street NW, Suite 500
Washington, DC 20036
Phone: (202) 507-7523
Fax: (202) 742-5619
mlapointe@immcouncil.org
smathur@immcouncil.org
copila@immcouncil.org
*Attorneys for Plaintiffs*

JONATHAN SKRMETTI
Attorney General and Reporter

/s/  *Miranda Jones*
MIRANDA JONES (BPR# 036070)
Senior Assistant Attorney General
JESSICA BERK (MA BBO# 663527)
Acting Assistant Attorney General
ANDREW DENNING (BPR# 042208)
Assistant Attorney General
Constitutional Defense Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 521-0417
Miranda.Jones@ag.tn.gov
Jessica.Berk@ag.tn.gov
Andrew.Denning@ag.tn.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties below:

Michael C. Holley
Spring Miller
TENNESSEE IMMIGRANT & REFUGEE RIGHTS COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
mike@tnimmigrant.org
spring@tnimmigrant.org

Rupa Bhattacharyya
Gregory Briker
Elizabeth Cruikshank
William Powell
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Phone: (202) 661-6629

| | |
|---|---|
| Fax: (202) 661-6730<br>rb1796@georgetown.edu<br>gb954@georgetown.edu<br>erc56@georgetown.edu<br>whp25@georgetown.edu<br><br>Michelle Lapointe<br>Suchita Mathur<br>Chris Opila<br>AMERICAN IMMIGRATION COUNCIL | PMB2026<br>2001 L Street NW, Suite 500<br>Washington, DC 20036<br>Phone: (202) 507-7523<br>Fax: (202) 742-5619<br>mlapointe@immcouncil.org<br>smathur@immcouncil.org<br>copila@immcouncil.org<br>*Counsel for Plaintiffs* |

s/ *Miranda Jones*
MIRANDA JONES (BPR# 036070)
Senior Assistant Attorney General