IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **SOUTHEASTERN SYNOD OF THE** ) <br> **EVANGELICAL LUTHERAN CHURCH** *et al.* ) <br> ) <br> v. ) <br> ) <br> **STEVEN R. FINNEY** *et al. in their official* ) <br> *capacities as the district attorneys general of* ) <br> *Tennessee* ) | **Case No. 3:25-cv-00684** <br> **Chief Judge Campbell** <br> **Magistrate Judge Holmes** |

## O R D E R

This case is scheduled for an initial case management conference at 11:00 a.m. (CDT) on **September 22, 2025**. *See* Notice at Docket No. 6. However, due to an unresolvable conflict, the initial case management conference is **RESCHEDULED for 3:00 p.m. (CDT) on that same date** using the Court's conference line at 1-855-244-8681, access code 2300 984 3452#.

Counsel are reminded of their obligation to jointly prepare a proposed initial case management order, which must be filed by no later than **September 17, 2025**.

A Word formatted version of the joint proposed initial case management order must also be separately emailed to chambers at TNMDdb_JudgeHolmesChambers@tnmd.uscourts.gov.[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Counsel should utilize the form initial case management order found under the link to Magistrate Judge Holmes on the Court's website with designated provisions for Chief Judge Campbell's cases.