IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHEASTERN SYNOD OF THE ) <br> EVANGELICAL LUTHERAN ) <br> CHURCH IN AMERICA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STEVEN R. FINNEY, et al., ) <br> ) <br> Defendants. ) | NO. 3:25-cv-00684 <br><br> JUDGE CAMPBELL |

## ORDER

The Court held a hearing on Plaintiffs' Motion for Preliminary Injunction on September 10, 2025. In the briefing and during the hearing, Defendants take the position that Plaintiffs' conduct, as described in the Complaint (Doc. No. 1) and declarations (Doc. Nos. 8-3. 8-4, 8-5), does not violate 2025 Tenn. Pub. Acts, ch. 424, pp. 2-4, § 5 ("Section 5") and that Plaintiffs will not be subject to prosecution under Section 5 based on the described conduct. At the conclusion of the hearing, the Court took the motion for preliminary injunction under advisement.

While the motion is under advisement, Defendants **SHALL** promptly notify the Court of any investigation or prosecution of the named Plaintiffs and if their position on the interpretation of the statute or its application to Plaintiffs' conduct changes.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE