# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| **SOUTHEASTERN SYNOD OF THE** | ) | |
| **EVANGELICAL LUTHERAN** | ) | |
| **CHURCH IN AMERICA** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | No. 3:25-cv-684 |
| | ) | |
| **STEVEN R. FINNEY** *et al.*, | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **Defendants.** | ) | |
| | ) | |

---

## DEFENDANTS' MOTION TO DISMISS

Defendants[1] respectfully move for the Court to dismiss the Complaint in its entirety for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(1), (6).  Three Plaintiffs have brought a putative class action against all thirty-two Tennessee District Attorneys, alleging that  Tennessee's newly enacted Anti-Smuggling Act (ASA), Tenn. Code Ann. § 39-17-118,  is preempted by federal law (Count I), is unconstitutionally vague (Count II), and violates First Amendment  protections of the free exercise of religion and the freedom of association (Counts III, IV).  Dkt. 1.

As set out in Defendants' accompanying memorandum of law, which is incorporated here by reference, The Court lacks subject matter jurisdiction over the Complaint due to Plaintiffs' lack of standing, Defendants' sovereign immunity, and the facial vagueness challenge's unripe state.

---

[1] Defendant Ray Whitley is no longer District Attorney for the 18th Judicial District and should be replaced as a defendant with the new district attorney, Thomas Dean. Fed. R. Civ. P. 25(d).

Plaintiffs also fail to state a claim in all four counts and even lack a cause of action for their preemption claim.

Thus, this motion should be granted, and the Complaint should be dismissed.

Respectfully submitted,


JONATHAN SKRMETTI
Attorney General and Reporter

/s/ Miranda Jones
MIRANDA JONES (BPR# 036070)
Senior Assistant Attorney General

ANDREW DENNING (BPR# 042208)
Assistant Attorney General

JESSICA BERK (MA BBO# 663527)
Acting Assistant Attorney General

AARON L. BERNARD (BPR# 042585)
Assistant Solicitor General

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 521-0417
Miranda.Jones@ag.tn.gov
Andrew.Denning@ag.tn.gov
Jessica.Berk@ag.tn.gov
Aaron.Bernard@ag.tn.gov
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties below:


Michael C. Holley
Spring Miller
TENNESSEE IMMIGRANT & REFUGEE RIGHTS
COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
mike@tnimmigrant.org
spring@tnimmigrant.org


Rupa Bhattacharyya
Gregory Briker
Elizabeth Cruikshank
William Powell
Alexandra Lichtenstein*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Phone: (202) 661-6629
Fax: (202) 661-6730
rb1796@georgetown.edu
gb954@georgetown.edu
erc56@georgetown.edu
whp25@georgetown.edu
alex.lichtenstein@georgetown.edu

Michelle Lapointe
Suchita Mathur
Chris Opila
AMERICAN IMMIGRATION COUNCIL
PMB2026
2001 L Street NW, Suite 500
Washington, DC 20036
Phone: (202) 507-7523
Fax: (202) 742-5619
mlapointe@immcouncil.org
smathur@immcouncil.org
copila@immcouncil.org
*Counsel for Plaintiffs*

s/ *Miranda Jones*
MIRANDA JONES (BPR# 036070)
Senior Assistant Attorney General

Case 3:25-cv-00684    Document 63    Filed 10/17/25    Page 4 of 4 PageID #: 625