# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| SOUTHEASTERN SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | No. 3:25-cv-684 ) ) |
| STEVEN R. FINNEY *et al.*, | Judge Campbell ) Magistrate Judge Holmes ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION TO STAY DISCOVERY

Defendants respectfully move to stay all discovery under Fed. R. Civ. P. 26(d) and Local Rule 16.01(g) pending resolution of Defendants' motion to dismiss for lack of subject matter jurisdiction. *See* Dkts. 63, 64. For the reasons stated in the accompanying memorandum of law, discovery should be stayed because Defendants assert sovereign immunity as a defense to this action.

In accordance with Local Rule 7.01(a), Defendants' counsel conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this motion.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Andrew Denning*
ANDREW DENNING (BPR# 042208)
Assistant Attorney General

MIRANDA JONES (BPR# 036070)
Senior Assistant Attorney General

JESSICA BERK (MA BBO# 663527)
Acting Assistant Attorney General

AARON L. BERNARD (BPR# 042585)
Assistant Solicitor General

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 253-1103
Andrew.Denning@ag.tn.gov
Miranda.Jones@ag.tn.gov
Jessica.Berk@ag.tn.gov
Aaron.Bernard@ag.tn.gov
*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties below:

Michael C. Holley
Spring Miller
TENNESSEE IMMIGRANT & REFUGEE RIGHTS COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
mike@tnimmigrant.org
spring@tnimmigrant.org

Rupa Bhattacharyya
Gregory Briker
Elizabeth Cruikshank
William Powell
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001

Phone: (202) 661-6629
Fax: (202) 661-6730
rb1796@georgetown.edu
gb954@georgetown.edu
erc56@georgetown.edu
whp25@georgetown.edu

Michelle Lapointe
Suchita Mathur
Chris Opila
AMERICAN IMMIGRATION COUNCIL
PMB2026
2001 L Street NW, Suite 500
Washington, DC 20036
Phone: (202) 507-7523
Fax: (202) 742-5619
mlapointe@immcouncil.org
smathur@immcouncil.org
copila@immcouncil.org
*Counsel for Plaintiffs*

      s/ *Andrew Denning*
ANDREW DENNING (BPR# 042208)
Assistant Attorney General