IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SOUTHEASTERN SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STEVEN R. FINNEY *et al.*,<br><br>　　　　Defendants. | **Case No.: 3:25-cv-684**<br>**District Judge Campbell**<br>**Magistrate Judge Holmes** |

## JOINT MOTION FOR CLARIFICATION

On September 10, 2025, the Court held a hearing on Plaintiffs' Motion for a Preliminary Injunction. The next day, the Court issued an order stating that during the period in which the motion remains under advisement, Defendants are required to, among other things, "promptly notify the Court of any investigation or prosecution of the named Plaintiffs." Dkt. 52. Plaintiffs understood this order to require Defendants to notify the Court of any investigation or prosecutions of the named Plaintiffs only under 2025 Tenn. Pub. Acts, ch. 424, pp. 2-4, § 5 ("Section 5"). Defendants, however, are concerned that the language of the order could be understood to encompass any investigation or prosecution of the Plaintiffs under any statute. The parties agree that requiring notice of investigations or prosecutions only under Section 5 would be sufficient for the purposes of this litigation and therefore jointly request that the Court clarify that its order extends only to such investigations and prosecutions.

1

Respectfully submitted this 20th day of October, 2025.

| | |
|---|---|
| JONATHAN SKRMETTI<br>Attorney General and Reporter<br><br>/s/ Miranda Jones<br>MIRANDA JONES (BPR# 036070)<br>Senior Assistant Attorney General<br><br>ANDREW DENNING (BPR# 042208)<br>Assistant Attorney General<br><br>JESSICA BERK (MA BBO# 663527)<br>Acting Assistant Attorney General<br><br>AARON L. BERNARD (BPR# 042585)<br>Assistant Solicitor General<br><br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>Phone: (615) 521-0417<br>Miranda.Jones@ag.tn.gov<br>Jessica.Berk@ag.tn.gov<br>Andrew.Denning@ag.tn.gov<br><br>*Counsel for Defendants* | /s/ William Powell<br>William Powell*<br>Elizabeth Cruikshank*<br>Rupa Bhattacharyya*<br>Alexandra Lichtenstein**<br>INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION<br>Georgetown University Law Center<br>600 New Jersey Ave., N.W.<br>Washington, D.C. 20001<br>Phone: (202) 661-6629<br>Fax: (202) 661-6730<br>whp25@georgetown.edu<br><br>Michelle Lapointe*<br>Suchita Mathur*<br>Chris Opila*<br>AMERICAN IMMIGRATION COUNCIL<br>PMB2026<br>2001 L Street NW, Suite 500<br>Washington, DC 20036<br>Phone: (202) 507-7523<br>Fax: (202) 742-5619<br>mlapointe@immcouncil.org<br><br>Michael C. Holley<br>Spring Miller<br>TENNESSEE IMMIGRANT & REFUGEE RIGHTS COALITION<br>3310 Ezell Road<br>Nashville, TN 37211<br>Phone: (615) 457-4768<br>mike@tnimmigrant.org<br><br>*Counsel for Plaintiffs*<br>*\*Admitted pro hac vice*<br>*\*\*Motion for admission pro hac vice pending* |
2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on October 20, 2025, I electronically filed the foregoing notice with the Clerk of the Court via the Court's electronic case filing system.

      *s/ William Powell*
      William Powell