IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHEASTERN SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STEVEN R. FINNEY, et al., | ) ) |
| Defendants. | ) ) |

NO. 3:25-cv-00684

JUDGE CAMPBELL

## ORDER

Pending before the Court is the parties' Joint Motion for Clarification. (Doc. No. 67). Through the motion, the parties' request clarification of the Court's Order requiring Defendants to "promptly notify the Court of any investigation or prosecution of the named Plaintiffs." (*See* Order, Doc. No. 52). Defendants are concerned that the Order could be understood to encompass any investigation or prosecution of Plaintiffs under any statute. The parties agree that requiring notice of investigation or prosecutions only under 2025 Tenn. Pub. Acts, ch. 424, pp. 2-4, § 5 ("Section 5") would be sufficient for the purposes of this litigation and request the Court clarify that the Order extends only to such investigations and prosecutions.

The Motion for Clarification (Doc. No. 67) is **GRANTED**. The Court prior Order directing Defendants to "promptly notify the Court of any investigation or prosecution of the named Plaintiffs" requires notification of investigation or prosecution under the Code provision that is the subject of this litigation – Section 5.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE