IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SOUTHEASTERN SYNOD OF THE EVANGELICAL LUTHERAN CHURCH et al. | Case No. 3:25-cv-00684 |
| v. | Chief Judge Campbell |
| STEVEN R. FINNEY et al. | Magistrate Judge Holmes |

## ORDER

Pending before the Court is Defendants' motion to stay discovery (Docket No. 65), in which Defendants ask to "stay all discovery under Fed. R. Civ. P. 26(d) and Local Rule 16.01(g) pending resolution of Defendants' motion to dismiss for lack of subject matter jurisdiction" because Defendants have asserted sovereign immunity as a defense. The motion (Docket No. 65) is represented to be unopposed and is therefore **GRANTED**, subject to further order.

Although the Court will grant Defendants' request to stay discovery until Defendants' pending motion to dismiss is resolved, the Court cautions the parties that the prolonged stay of this matter may result in the compression of certain case management deadlines upon the lifting of the stay. Additionally, the stay is expressly subject to periodic review of this case and lifting of the stay upon determination that case management must resume for this case to proceed either to trial or other resolution before it has been pending for a certain length of time. The stay may also be lifted upon motion of the parties based on further developments in this case.

It is SO ORDERED.

Signed By:
*J. Gregory Wehrman*
**United States Magistrate Judge**