IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SOUTHEASTERN SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA *et al.* | ) ) ) Case No. 3:25-cv-00684 |
| v. | ) Chief Judge Campbell ) Magistrate Judge Holmes ) |
| STEVEN R. FINNEY *et al. in their official capacities as the district attorneys general of Tennessee* | ) ) ) ) |

**O R D E R**

Among the motions pending before the Court is Plaintiffs' Motion to Provide Remote Public Telephone Access for September 10, 2025 Hearing (Docket No. 44), which is the Clerk of Court is **DIRECTED TO TERMINATE** as a pending motion because the hearing has already been held.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge