# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| SOUTHEASTERN SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA *et al.* | ) ) ) | |
| | ) | Case No. 3:25-cv-00684 |
| v. | ) ) | Chief Judge Campbell Magistrate Judge Holmes |
| | ) | |
| STEVEN R. FINNEY *et al. in their official capacities as the district attorneys general of Tennessee* | ) ) ) | |

## O R D E R

Pending before the Court is the parties' joint motion to amend scheduling orders (Docket No. 85), which is **DENIED WITHOUT PREJUDICE**. In their motion, the parties seek to extend case management deadlines and the trial date by three to five months. The Court previously granted (Docket No. 78) Defendants' motion (Docket No. 65) to "stay all discovery under Fed. R. Civ. P. 26(d) and Local Rule 16.01(g) pending resolution of Defendants' motion to dismiss for lack of subject matter jurisdiction" because Defendants asserted sovereign immunity as a defense. In the instant motion, the parties ask the Court to preemptively extend case management deadlines even though the motion to dismiss has not yet been ruled upon. However, the Court finds that the better use of judicial resources is to direct the parties to file a motion to amend case management deadlines after the District Judge rules upon Defendants' motion to dismiss. Accordingly, the Court **ORDERS** as follows:

1.     The parties' joint motion to amend scheduling orders (Docket No. 85) is **DENIED WITHOUT PREJUDICE**.

2.     All case management deadlines that are unexpired as of this date are **SUSPENDED** pending the Court's ruling on Defendants' motion to dismiss.  (Docket No. 63.)

3.      If any of Plaintiffs' claims remain following the Court's ruling on Defendants' motion to dismiss, the parties must, by no later than **fourteen (14) days** following the Court's entry of an order, file a joint motion to amend case management deadlines that otherwise complies with the Court's requirements for motions to modify case management orders.[1]

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The parties' instant motion (Docket No. 85) followed the required format and content.

2