**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SOUTHEASTERN SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, et al.,** | ) | |
| | ) | **NO. 3:25-cv-00684** |
| **Plaintiffs,** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **v.** | ) | |
| | ) | |
| **STEVEN R. FINNEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Pending before the Court is Defendants' Motion to Dismiss for lack of subject matter jurisdiction (Doc. No. 63). For the reasons stated in the accompanying Memorandum, the Court lacks subject matter jurisdiction. Accordingly, Defendants' Motion to Dismiss (Doc. No. 63) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE